George Lee Cole JR B4-6242
**FULL NAME**

Wasco State Prison  C-2-101-L
**COMMITTED NAME (if different)**

Wasco CA 93280  P.O.Box 6600
**FULL ADDRESS INCLUDING NAME OF INSTITUTION**

B4-6242
**PRISON NUMBER (if applicable)**

FILED
CLERK U.S. DISTRICT COURT
JAN 27 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

George Lee Cole JR

**PLAINTIFF,**

v.

California Department of Corrections Rehabilitation Custody Officers Solis, Fernandez, Lee, Rodriguez, ASS Warden Pierce

**DEFENDANT(S).**

**CASE NUMBER:** 2:25cv00854-JLS-DFM
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _____
_____

Defendants _____
_____

b. Court _____
_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____
_____
_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____
   _____
   _____

3. Is the grievance procedure completed? ☐ Yes   ☒ No

   If your answer is no, explain why not I Filed a Grievance and was provided a Log #684324 and stated they have 30 days to Respond

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __George Lee Cole JR__
(print plaintiff's name)

who presently resides at __Wasco State Prison Wasco CA 93280 P.o. Box 6600__,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__C/o Solis, C/o Lee, C/o Fernandez, C/o Rodriguez, Associate Warden__
(institution/city where violation occurred)

on (date or dates) November 12th 2024 , Jan 17th 2025 , January 20th 2025 .
                     (Claim I)          (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  Custody Officer Solis  resides or works at
   (full name of first defendant)
   Wasco State Prison Wasco CA 93280 P.O. Box 6600
   (full address of first defendant)
   S+E Officer   Custody Officer
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   This Officer Threatend me To Cover For Asulting Inmate Armstrong and if I Testified And Lied He would help me get Transfered Then After He Threatend my life and Told me He was going to get me!

2. Defendant  Custody Officer Lee  resides or works at
   (full name of first defendant)
   Wasco State Prison Wasco CA 93280
   (full address of first defendant)
   Building Officer C-2
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   This Officer was Fully Aware of Solis misConduct and Allowed him to Threaten my Life and did nothing. C/O Failed to Fallow Rules and guidlins For CDCR

3. Defendant C/O Rodreguez  resides or works at
   (full name of first defendant)
   Wasco State Prison Wasco CA 93280 P.O. Box 6600
   (full address of first defendant)
   3rd watch Custody Building Officer
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   I gave a letter that stated That I was in Fear of my Life and He Refused to give to His Supervisor. He Failed To Fallow Regulations of CDCR Department

4. Defendant c/o FERNANDEZ _____ resides or works at
   (full name of first defendant)
   Wasco State Prison Wasco CA 93280 P.O. Box 6600
   (full address of first defendant)
   C-Facility S;L OFFICER
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   This OFFICE was Fully Aware of co solices misconduct and put my safty at Risk

5. Defendant Wasco State Prison Administration D. Pierce _____ resides or works at
   (full name of first defendant)
   Wasco State Prison Wasco CA 93280 P.O. Box 6600
   (full address of first defendant)
   ADMINISTRATION ASSOCIATE warden
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   The associate warden was notified about C/O Solis actions several times By me using the mail system here at Wasco Prison

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

My Civil Rights were violated when C/O Solis took Advantage of me and Threatend me to Lie For Him and In Return Threaty me to not say anything I Contacted mental Health and Explained I was very upset and Scard of what C/o Solis could Do to me Violat, I Filed a Complaint and told officers that I Felt my safty was a Concern and that I needed to be Trunsferd not only off the yard But out of the Institution I have been here at wasco longer then normal and am not being Allowed to get 33% Ruduction of time Because I Filed this Complaint I'm sick to my stomic this officer threated my Life in Front of several Inmates wich is Terrist threats There are Laws set forth For Everyone and Custody officer Solis is not Excluded For Braking the Law I want him Arrested and charged my Life has been turned upside Down I have a High Level of Anxiety and mental Health has Provided Information to cocr. and nothing has been Done.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

C/O Solis Told me he would get me Transfered if I Lied For Him at a Hearing For Inmut Armstrong when In Fact I seen C/O Solis Pull Inmate out of a cage and strick Him to the ground and the yell out Stop Resisting if you Look at the cameras you can see I'm tellin the truth C/O Solis Told me that Inmate armstrong was a child molester and I should not have no guilt to Liting For him C/O Solis made up a Excuse To not help me c/o Solis yelled in Front of several Inmates That Cole your a price of shit and we are going to get you I want and Set Down on the table I was so scared I got up and told c/o Lee and c/o Solis I was sorry Solis yelled even Louder Fuck you Cole if you say anything your going to Fucken get you ass handed to you I'm scard and have notified staff that I was in Fear of my Life and they have Done nothing if you Look at Ameras you can see c/o Solis Lunge at me in C-2 office

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Im entitled to be moved out of Wasco to a programing Facility Be seen By mental health I cant eat or sleep Im scared to even talk to a Custody officer I Feel That They are going to hurt me Im entitled to a Financial Compasation for what these officers have Done For mE Im Requesting five Hundred thousand Dollers to Futher get help with theerapEst when I get out its going to be hard for me to Feel SAFE Im seeking medical mental help also that I Be given 33% of Reduction of my Sentence I should have been Transfered Along Time Ago. I Request Legal Counsel DUE DO having a 4th grade EDucation Im having somebody write this For mE I Request a lawyer and a Full Investigation to my Allegations which are all True This office is subject to Arrest and pay me for the Extra time I have Done in prison For Him holding me Longer in prison

_____
Jan 21 2025
(Date)

_____
(Signature of Plaintiff)

January 21st 2025

I'm a wittness to C/O Solis treaten George Lee Cole on Friday 17th 2025 The Fallowing Inmates will tesify that C/O Solis Threatnd George Lee Cole with Physical InJru if he Said anythins.

NAME / CDC-

1 Matthew Dauber BZ3734

2 Daniel Merere BZ3743

3 Fred Placencio BZ-0451

4 Daniel Martinez BZ3742

5 TOMMY Lee Acosta BZ2633  1-22-2025

6 Jeremy Starkard BZ1543

January 19th 2025

On January 17th 2025 I was in Building C-2 101- next to the OFFICE as I seen officer call my Bunkie INTO the office officer Solis and Lee when my Bunkie came out of the OFFICE CO Solis was yelling Fuck you Cole Im going to get your Ass and make sure you get what you got coming if you Do that, Cole was very Shaken and would not talk to anyone. I told Cole I would Be a witness to what I heard any seen.

Moreno, Daniel
BZ3743

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

Page 2 of 2

### PART I: TO BE COMPLETED BY THE PATIENT

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR: MEDICAL ☐   MENTAL HEALTH ☒   DENTAL ☐   MEDICATION REFILL ☐

NAME: Cole Gegye
CDCR NUMBER: BY-6242
HOUSING: C-2-101-L

PATIENT SIGNATURE: [signature]
DATE: 1/19/2025

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

I need to speak to mental health due to a officer saying many threating statements I'm scared and need to speak to mental health

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

United States Central District Court of California

January 21st 2025.

I George Lee Cole JR BY-6242 Am Sending Central Court Suite As I Am a Inmate At Wasco State Prison As A Inmate I'm sending A Fee Wavior As I Am Indigent I Request The Court To File and Provide me a # Log Number And what To Expect From The Court

Thank You
George Lee Cole JR BY-6242
Wasco State Prison
Wasco CA 93280 . P.O. 304 6600

FIRST CLASS MAIL
IMI
SANTA CLARITA CA 913
23 JAN 2025 PM 3 L
US POSTAGE $001.25
ZIP 93280
041L1220047

Return Address
**Wasco State Prison - Reception Center**
Name: George Lee Cole Jr  CDCR#: BY-6242
Facility: C  Bldg.: 2  Cell: 101-L
P.O. Box: 6600
Wasco, CA 93280
**Inmate Indigent Mail**

Clerks Office
United States District Court
Central District of California
255 East Temple, Suite TS-134
Los Angeles CA. 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 27 2025
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

90012-333432

